IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | | |
|---|---|---|
| WESLEY DESHAWN MCCOY, <br> TDCJ No. 1687741, <br><br> Plaintiff, <br><br> v. <br><br> OFFICER SERGEANT <br> M BERRERA, *et al.*, <br><br> Defendants. | § § § § § § § § § § § § § | Civil Action No. 7:18-cv-00061-M-BP |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. No objections were filed. The District Court reviewed the proposed Findings, Conclusions, and Recommendation *de novo*. Finding no error, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

It is therefore ORDERED that Plaintiff's Amended Complaint is **DISMISSED WITHOUT PREJUDICE** as to Plaintiff's claims against Defendants in their official capacities for lack of subject matter jurisdiction and **DISMISSED WITH PREJUDICE** as to Plaintiff's claims against Defendants in their individual capacities for failure to state a claim.

**SO ORDERED** on this 27th day of April, 2020.

*[signature]*
BARBARA M. G. LYNN
CHIEF JUDGE